Brian EASTERWOOD, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 65814.

Missouri Court of Appeals,
Eastern District,
Division One.

March 14, 1995.

Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, C.J., REINHARD, P.J., and CRAHAN, J.

*ORDER*

PER CURIAM.

Movant appeals the denial, after an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. 84.16(b).